**Jesus Alberto Garcia LOPEZ; Martha Maria Garcia, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–72241.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2010.*

Filed Jan. 21, 2010.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jesus Alberto Garcia Lopez, Chino, CA, pro se.

Martha Maria Garcia, Chino, CA, pro se.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Stacy Stiffel Paddack, Lisa Marie Arnold, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Jesus Alberto Garcia Lopez and Martha Maria Garcia, natives and citizens of Mexico, petition pro se for review of the Board

** This disposition is not appropriate for publi-

of Immigration Appeals' ("BIA") order denying their motion to reopen and reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

■ We lack jurisdiction to review the BIA's March 8, 2007, order dismissing petitioners' appeal from an immigration judge's order denying their application for cancellation of removal. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003).

■ The petition for review is timely only as to the BIA's May 11, 2007, order denying petitioners' motion to reopen and reconsider. In their brief, petitioners fail to address this order and waive any challenge to it. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.